HOBOKEN BOARD OF EDUCATION v. HOBOKEN
TEACHERS' ASSOCIATION.

January 27, 1983.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 91 *N.J.* 242)

ARMANDO PEREZ v. TERESA PEREZ.

February 2, 1983.

Petition for certification denied.

WILLIAM CAMBURN v. MARLBORO PSYCHIATRIC HOSPITAL.

February 2, 1983.

The petition for certification and the cross-petition for certification in this matter are hereby remanded to the Superior Court, Appellate Division, to the end that that court consider them as applications for reconsideration of that court's disposition. Jurisdiction is not retained.

STATE OF NEW JERSEY v. FRANK PELUSO.

February 2, 1983.

Petition for certification denied.